**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 96-30461
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

DWAYNE D. DORSETT,

Defendant-Appellant.

Appeal from the United States District Court
For the Eastern District of Louisiana
USDC No. CR-92-192-T

February 21, 1997

Before WISDOM, JOLLY, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Dwayne Dorsett has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein and the APPEAL IS DISMISSED.

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.